**DISMISS; and Opinion Filed October 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00503-CV

**ELY EDWARDS, Appellant**
**V.**
**YOUNG CHEVROLET, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06666**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Schenck

Appellant's brief in this case is overdue. By postcard dated August 6, 2015, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 38.8(a)(1); 42.3(b)(c).


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

150503F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ELY EDWARDS, Appellant

No. 05-15-00503-CV        V.

YOUNG CHEVROLET, Appellee

On Appeal from the 192nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-06666.
Opinion delivered by Justice Schenck.
Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee YOUNG CHEVROLET recover its costs of this appeal from appellant ELY EDWARDS.

Judgment entered this 15th day of October, 2015.